IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| BEVERLY MARTIN | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-524 |
| | § | |
| GALVESTON SHERIFF'S DEPARTMENT, | § | |
| ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** that this action is **DISMISSED for want of prosecution**

This is a **FINAL JUDGMENT.**

**DONE** at Galveston, Texas this ____27th____ day of September, 2006.

Samuel B. Kent
United States District Judge